NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. CORTEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MILTON GONZALEZ, et al.,<br><br>    Defendants. | No. C 09-01029 JF (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. The matter was transferred to this Court from the Eastern District on March 6, 2009. (Docket No. 6.) On March 16, 2009, the clerk of the Court sent a notification to Plaintiff that the complaint was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 8) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days of the notice by either paying the filing fee or filing an application to proceed in forma pauperis. Id. The deadline as since passed, and Plaintiff has failed to respond.

Accordingly, this case is DISMISSED without prejudice for failure to pay the

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Cortez01029_dism-ifpdef.wpd

1 filing fee or file a completed <u>in</u> <u>forma</u> <u>pauperis</u> application.

2    IT IS SO ORDERED.

3 DATED: _6/5/09_

4 JEREMY FOGEL
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Cortez01029_dism-ifpdef.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN J. CORTEZ,

        Plaintiff,

  v.

MILTON GONZALEZ, et al.,

        Defendants.

Case Number: CV09-01029 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/19/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan J. Cortez V-22545
CALIFORNIA STATE PRISON, CORCORAN (3471)
P.O. BOX 3471
CORCORAN, CA 93212-3471

Dated: 6/19/09

                                      Richard W. Wieking, Clerk